# United States District Court
# For The Western District of North Carolina
# Statesville Division

GRAEME P. WATSON,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                           CASE NO. 5:04CV146

MBNA AMERICA BANK, N.A.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 2, 2005, Order.

**Signed: December 2, 2005**

Frank G. Johns, Clerk
United States District Court